IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYMELLE T. HINTON,

    Plaintiff,                      No. 2:12-cv-2648 AC P

    vs.

MARK BRANDON, *et al.*,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. On November 19, 2012, this case was reassigned to the undersigned from Magistrate Judge Gregory G. Hollows. ECF No. 7. Pending before the court is plaintiff's November 27, 2012 motion to terminate judge reassignment. The specific nature of the objection, and grounds therefor, are unclear. No cognizable basis for such a motion is apparent. This motion accordingly will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 27, 2012 motion to terminate judge reassignment is denied.

DATED: February 6, 2013.

                                    /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

/mb;hint2648.jo

1