IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMELLE T. HINTON, | |
|     Plaintiff, | No. 2:12-cv-2648 AC P |
|   vs. | |
| MARK BRANDON, *et al.*, | ORDER AND |
|     Defendants. | FINDINGS & RECOMMENDATIONS |
| _____/ | |

        By order filed February 7, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

1

1  eight days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

DATED: May 13, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;hint2648.fta

2