IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYMELLE T. HINTON,

      Plaintiff,                       No. 2:12-cv-2648 WBS AC P

    vs.

MARK BRANDON, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 14, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-eight days. Plaintiff has filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

/////

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.  The findings and recommendations filed May 14, 2013, are adopted in full; and
5          2.  This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P.
6  41(b).
7  DATED:   June 27, 2013

_____  
WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE

/hint2648.804wbs

2